```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 27115
   EHTERAM MOHAMMED
   ATIYA SULTANA                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

           Debtor
   SSN XXX-XX-1606    SSN XXX-XX-2878


-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/08/05 and confirmed on 08/25/05.

    2.  The case was dismissed after confirmation, 01/17/2008.

    3.  The Debtor paid a total of $   6735.00 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
-------------------------------------------------------------------------------
CITIBANK NA                UNSECURED     NOT FILED            .00             .00
EGIX INC                   UNSECURED     NOT FILED            .00             .00
HARRIS TRUST               UNSECURED        842.38            .00          173.76
BECKET & LEE LLP           UNSECURED         69.96            .00           14.15
RESURGENT CAPITAL SERVIC   UNSECURED       5645.51            .00         1164.66
CAPITAL ONE BANK           UNSECURED        379.32            .00           78.24
RESURGENT CAPITAL SERVIC   UNSECURED        602.31            .00          124.10
ROUNDUP FUNDING LLC        UNSECURED       2050.35            .00          422.98
DISCOVER BANK              UNSECURED       5587.68            .00         1152.73
HSBC                       UNSECURED     NOT FILED            .00             .00
MID AMERICA MANAGEMENT     UNSECURED     NOT FILED            .00             .00
MIDLAND CREDIT MGMT        UNSECURED     NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       2452.27            .00          505.90
CAPITAL ONE BANK           UNSECURED        581.16            .00          119.90
ASSET ACCEPTANCE CORP      UNSECURED        893.41            .00          184.31
ROUNDUP FUNDING LLC        UNSECURED       2563.44            .00          528.84
          Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED      .00           .00     21667.79         .00      21667.79
PRINCIPAL PAID          .00           .00      4469.57         .00       4469.57
INTEREST PAID           .00           .00          .00         .00           .00
TOTAL PAID              .00           .00      4469.57         .00       4469.57
The Debtor's attorney, FOX VALLEY LEGAL GROUP         , was allowed $    2200.00
and was paid $    200.00   direct and $   2000.00   through the plan.

The Trustee received $    265.43 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 04/11/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 27115 EHTERAM MOHAMMED & ATIYA SULTANA